**Kane C. LAUMINICK, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

Gregory J. Smith, Claimant–Appellant,

v.

R. James Nicholson, Secretary of Veterans Affairs, Respondent–Appellee.

Charles A. Thompson, Claimant–Appellant,

v.

R. James Nicholson, Secretary of Veterans Affairs, Respondent–Appellee.

Daniel M. Bick, Claimant–Appellant,

v.

R. James Nicholson, Secretary of Veterans Affairs, Respondent–Appellee.

Julius Moultrie, Claimant–Appellant,

v.

R. James Nicholson, Secretary of Veterans Affairs, Respondent–Appellee.

Charles V. Travis, Claimant–Appellant,

v.

R. James Nicholson, Secretary of Veterans Affairs, Respondent–Appellee.

Nos. 03–7131, 03–7137, 03–7139, 03–7140, 03–7156, 03–7157.

United States Court of Appeals, Federal Circuit.

March 28, 2005.

ON MOTION

*ORDER*

MAYER, Circuit Judge.

Upon consideration of the joint motion in each of these cases (*Lauminick v. VA,* CAVC 01–0166; *Smith v. VA,* CAVC 01–2139; *Thompson v. VA,* CAVC 00–1152, *Bick v. VA,* CAVC 01–0570; *Moultrie v. VA,* CAVC 00–2082; and *Travis v. VA,* CAVC 00–2081) to vacate the decision of the Court of Appeals for Veterans Claims and remand for further proceedings in view of this court's decision in the lead case of *Wilson v. Principi,* 391 F.3d 1203 (Fed.Cir.2004),

IT IS ORDERED THAT:

(1) The joint motion in each case is granted.

(2) Each side in each case shall bear its own costs.